UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-1013-MOC

| | | |
|---|---|---|
| SAMUEL OGUNMOLA, | ) | |
| | ) | |
| Plaintiff, pro se, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JANSSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to comply with the Court's Order entered December 16, 2024, stating:

> **Plaintiff shall have thirty days in which to amend the Complaint to add factual allegations to support his claim of "negligence" against Defendant. If Plaintiff does not submit an amended complaint within thirty days of entry of this Order, or if Plaintiff submits an amended complaint without including factual allegations as ordered by this Court, the Court will dismiss this action without prejudice and without further notice to Plaintiff.**

(Doc. No. 3). Plaintiff has failed to comply with the Court's order, and the deadline to do so has passed. This matter is therefore **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: January 27, 2025

Max O. Cogburn Jr.
United States District Judge